# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

**Abu Haqqah and**
**Carol Gilbert**


      **Debtor(s).**

                                          **CASE NO. 11-02853-ABB**
                                          **CHAPTER 13**

_____/

## MOTION TO DISMISS FOR EXCEEDING UNSECURED DEBT LIMITS

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1, its successors and/or assigns, seeking dismissal of this case in order to exercise any and all rights Movant may have in the collateral described below and for cause would show the Court as follows:

      1.      On March 2, 2011, Abu Haqqah and Carol Gilbert ("Debtors") filed for relief under Chapter 13 of the Bankruptcy Code.

      2.      Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. 1334, 11 U.S.C. 362 and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

      3.      Movant has filed Claim 7-1 in support of its lien on property located at **1812 Culver Road, Orlando, FL 32826.**

      4.      The Debtors' proposed amended plan filed on July 15, 2011 either crams down or surrenders multiple properties. After these proposed valuations, the debtor's unsecured debt limits

FILE_NUMBER: B08077840                  DOC_ID: M009610

  

would exceed the jurisdictional limits established by section 109(E) of the Bankruptcy Code.

It is appropriate to determine the unsecured debt based on the property values shows on Schedule D before the entry of any orders on Debtor's proposed motions to value.

5.    The Debtors' unsecured debt according to the schedules, and accounting for surrender or cramdown of real property, is calculated as the following;

- 1812 Culver Rd – CRAMDOWN
    - Value on Sched D          $127,191.00
    - Mortgage Claim 7-1        $282,033.09
    - TOTAL UNSECURED DEBT          **$154,842.09**
- 1816 Culver Rd - CRAMDOWN
    - Value on Sched D          $17,388.00
    - Mortgage Claim 4-1        $33,750.00
    - TOTAL UNSECURED DEBT          **$ 16,362.00**
- 1808 Culver Rd - CRAMDOWN
    - Value on Sched D          $27,285.00
    - Mortgage Claim 3-1        $33,750.00
    - TOTAL UNSECURED DEBT          **$ 6,464.00**
- 8504 Honolulu Dr - SURRENDERED
    - Value on Sched D          $100,000.00
    - Mortgage Claim 2-1        $138,747.34
    - TOTAL UNSECURED DEBT          **$ 38,747.34**
- 10125 Malpas Point   - SURRENDERED
    - Value on Sched D          $255,000
    - 1st Mortgage – no claim filed $327,261.00
    - 2nd Mortgage Claim 6-1        $83,493.58
    - TOTAL UNSECURED DEBT          **$155,754.58**
- 9267 Spring Vale Rd - SURRENDERED
    - Value on Sched D          $110,665.00

- o   Mortgage – no claim filed      $152,164.00
- o   TOTAL UNSECURED DEBT                **$41,499.00**
- 10432 Crestridge Ct – Homestead, strip 2nd mtg
  - o   Value on Sched D              $174,482.00
  - o   1st Mortgage Claim 5-1      $173,161.92
  - o   2nd Mortgage Claim 9-1     $ 49,733.09
  - o   TOTAL UNSECURED DEBT                **$49,733.09**
- Schedule F                                          **$25,428.00**

**TOTAL UNSECURED DEBT        $488,830.10**

6.      The Movant has incurred attorney's fees in the amount of $350.00 as a result of the necessity of filing this motion.  Movant's attorney's fees and costs are recoverable as part of the debt pursuant to the loan documents.

7.      The estimated time required for hearing is five (5) minutes.

**WHEREFORE,** Movant request this Honorable Court to enter an Order Dismissing the Chapter 13 Case, with prejudice, and for such other relief as the Court deems proper.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766 ext 3312
Fax  (813) 251-1541

By:   /s/   Wayne B. Spivak
Wayne B. Spivak
FLORIDA BAR NO. 38191
US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST
2006-WF1

B08077840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion to Dismiss  have been furnished by regular U.S. Mail to all parties listed on the attached mailing matrix or by Electronic mail this 23rd day of August, 2011.

Abu Haqqah
10432 Crestridge Court
Orlando, FL 32825-6629

Carol Gilbert
10432 Crestridge Court
Orlando, FL 32825-6629

Charles W Price
390 Maitland Avenue
Suite 1000
Altamonte Springs, FL 32701

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766 ext:  3312
Fax  (813) 251-1541

By:  /s/ Wayne B. Spivak
Wayne B. Spivak
FLORIDA BAR NO. 38191
US BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WF1

Label Matrix for local noticing
113A-6
Case 6:11-bk-02853-ABB
Middle District of Florida
Orlando
Fri Jul 15 12:12:16 EDT 2011

JPMorgan Chase Bank NA
Law Offices of Marshall C. Watson, PA
1800 NW 49th Street Suite 120
Fort Lauderdale, FL 33309-3092

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363-1706

BAC/Fleet Bankcard
PO Box 26012
Greensboro NC 27420-6012

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219-6009

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029-3150

BAC Home Loans Servicing, LP
P.O. Box 25018
Tampa, FL 33622-5018

US Bank National Association
P.O. Box 25018
Tampa, FL 33622-5018

Dyck-ONeal, Inc.
PO Box 13370
Arlington, TX 76094-0370

Avelo Mortgage
600 Las Colinas Blvd E #
Irving, TX 75039-5616

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Cath/scoanb
1103 Allen Drive
Milford, OH 45150-8763

Chase
P.o. Box 15298
Wilmington, DE 19850-5298

Chase Mht Bk
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850-5145

Collection
700 Longwater Dr
Norwell, MA 02061-1796

(p)FAIRWINDS CREDIT UNION
3075 N ALAFAYA TRAIL
STE 120
ORLANDO FL 32826-3259

Hancock Bank
c/o Tennelle M. Shipwash, Esq.
Greenspoon Marder P.A.
Trade Center South, Suite 700
100 W Cypress Creek Road
Ft. Lauderdale, FL 33309-2181

Wells Fargo Bank, NA
P.O.Box 25018
Tampa, FL 33622-5018

Allied Credit/Alliance One
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335-4449

BAC Home Loans Servicing LP
Bk. Dept., Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065-6414

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Chase
201 N Walnut St/De1-1027
Wilmington DE 19801-2920

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Citi Auto
4000 Regent Blvd
Irving, TX 75063-2246

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007-1912

First Horizon Home Loans
First Tennesse Bank Attn: Bankruptucy
Po Box 1469
Knoxville, TN 37901-1469

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fst Indiana
135 N Pennsylvania St
Indianapolis, IN 46204-2400

GMAC
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034-3204

Hancock Bank
P.O. Box 4019
Gulfport ,MS 39502-4019

Hsbc/ms
Po Box 3425
Buffalo, NY 14240-3425

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Kohls
Attn: Recovery Dept
Po Box 3120
Milwaukee, WI 53201-3120

LVNV Funding LLC its successors and assigns
assignee of Chase Bank USA, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lane Bryant
Po Box 182686
Columbus, OH 43218-2686

Mortgage It
Po Box 205
Waterloo, IA 50704-0205

North Amercn
2810 Walker Rd
Chattanooga, TN 37421-1082

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Partners Fed Cr Un
2190 S Town Centre Place
Anaheim, CA 92806-6128

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104-3425

Peoples First Comm Ban
1022 W. 23rd St
Panama City, FL 32405-3608

Peoples First Comm Bank
PO Box 2950
Panama City FL 32402

Pnc Mortgage
6 N Main St
Dayton, OH 45402-1902

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Provdn Bcp
Po Box 15298
Wilmington, DE 19850-5298

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Suntrust Mortgage/cc 5
Attention: Bankruptcy
Po Box 85092
Richmond, VA 23285-5092

Target
Po Box 59317
Minneapolis, MN 55459-0317

Taylor, Bean & Whitake
Attn: Bankruptcy
1417 N Magnolia Ave
Ocala, FL 34475-9078

US Bank National Association
1 Home Campus
Bankruptcy Payment Processing
MAC# x2302-04c
Des Moines, IA 50328-0001

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
Home Equity Group
X2303-01A - 1 Home Campus
Des Moines, IA 50328-0001

Wells Fargo Bank, NA
1 Home Campus
Bankruptcy Payment Processing
MAC# x2302-04c
Des Moines, IA 50328-0001

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO
ATTN BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wells Fargo Home Mtg
Attn: Bankruptcy Dept MAC-X
3476 Stateview Blvd
Fort Mill SC 29715-7200

Wendover Fin Srvs Corp
725 N Regional Rd
Greensboro, NC 27409-9016

Wffinancial
800 Walnut St
Des Moines, IA 50309-3504

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Abu Haqqah
10432 Crestridge Court
Orlando, FL 32825-6629


Carol Gilbert
10432 Crestridge Court
Orlando, FL 32825-6629

Charles W Price
Price Law Firm
390 Maitland Avenue
Suite 1000
Altamonte Springs, FL 32701-5415

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091

Chase
Po Box 1093
Northridge, CA 91328

Fairwinds Credit Union
2475 Sand Lake Rd
Orlando, FL 32809


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Wfs Financial/Wachovia Dealer Services
Po Box 19657
Irvine, CA 92623


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Chase
Po Box 15298
Wilmington, DE 19850-5298

(u)Partners Fed Cr Un

End of Label Matrix
Mailable recipients    65
Bypassed recipients     2
Total                  67